### NORTHWEST FARM CREDIT SERVICES, FLCA, Plaintiff–Appellee,

v.

### GARY HIRSCH, Defendant–Appellant.

#### No. 2013–1685.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

**966**

John D. Albert, I, Albert & Tweet, LLP, Salem, OR, for Plaintiff–Appellee.

Gary Hirsch, Merlin, OR, pro se.

Before RADER, Chief Judge, LOURIE and TARANTO, Circuit Judges.

### ORDER

PER CURIAM.

Gary Hirsch moves for reconsideration of the court's order transferring this appeal to the United States Court of Appeals for the Ninth Circuit.

The court has considered Hirsch's arguments but concludes that this appeal is outside this court's limited jurisdiction.

Accordingly,

IT IS ORDERED THAT:

The motion for reconsideration is denied.